# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Pine Grove Hospital Corporation | ) | Case No. 02-2252 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**FILED**

**MAY 2 7 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C

**SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS (RE-SUBMISSION)
FOR
Pine Grove Hospital Corporation**

**WEIL, GOTSHAL & MANGES LLP**
Deryck A. Palmer, Esq.
767 Fifth Avenue
New York, NY 10153
Telephone: 212.310.8000

Counsel for the Debtors and
Debtors in Possession



In re **Pine Grove Hospital Corporation**

Debtor

Case No. **02-2252**

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CITICORP VENDOR FINANCE Po Box 7247-0322 Philadelphia, PA 19170-0322 | | | MONEY LOANED Phone System  ——  Value: UNKNOWN | | | | $31,440.31 | |
| ACCOUNT NO. JDR Capital Corporation PO Box 429 317-A Delsea Dr Sewell, NJ 08080-0429 | | | UCC Specific Electronics Jurisd: CA – SOS File#: 9933560980 Filed: 11/19/1999  ——  Value: UNKNOWN | X | | | UNKNOWN | |

Sheet no. 1 of 8  sheets attached to Schedule of
Creditors Holding Secured Claims

In re **Pine Grove Hospital Corporation**

Debtor

Case No. **02-2252**

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR — HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank), as Trustee for NPF VI, Inc 450 W 33rd St New York, NY 10001-2603 | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: DE – SOS File#: 21423031 Filed: 5/15/2002 Value:                    UNKNOWN | X | X | | UNKNOWN | |
| **ACCOUNT NO.** JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank), as Trustee for NPF VI, Inc 450 W 33rd St New York, NY 10001-2603 | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: DE – SOS File#: 21423072 Filed: 5/15/2002 Value:                    UNKNOWN | X | X | | UNKNOWN | |
| **ACCOUNT NO.** NPF Capital, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – Los Angeles County File#: 98 1737026 Filed: 9/24/1998 Value:                    UNKNOWN | X | X | | UNKNOWN | |
| **ACCOUNT NO.** NPF Capital, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: AZ – SOS File#: 01035117 Filed: 9/25/1998 Value:                    UNKNOWN | X | X | | UNKNOWN | |
| **ACCOUNT NO.** NPF Capital, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – SOS File#: 9826760115 Filed: 9/23/1998 Value:                    UNKNOWN | X | X | | UNKNOWN | |

Sheet no. 2 of 8  sheets attached to Schedule of
Creditors Holding Secured Claims

In re **Pine Grove Hospital Corporation**
Debtor

Case No. **02-2252**
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| NPF Capital, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – Los Angeles County File#: 98 1737025 Filed: 9/24/1998 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| NPF Capital, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: DE – SOS File#: 21618895 Filed: 5/31/2002 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| NPF Capital, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | MONEY LOANED Secured by Real Estate | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| NPF Capital, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: DE – SOS File#: 21618887 Filed: 5/31/2002 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| NPF Capital, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | MONEY LOANED Secured by Real Estate | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| NPF VI, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: AZ – SOS File#: 01034765 Filed: 9/23/1998 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |

Sheet no. 3 of 8 sheets attached to Schedule of
Creditors Holding Secured Claims

In re **Pine Grove Hospital Corporation**
_____
Debtor

Case No. _____ **02-2252** _____
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** NPF VI, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: AZ – SOS File#: 01034763 Filed: 9/23/1998 <br> Value: UNKNOWN | | X | X | UNKNOWN | |
| **ACCOUNT NO.** NPF VI, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | MONEY LOANED Secured by Account Receivables <br> Value: UNKNOWN | | X | X | UNKNOWN | |
| **ACCOUNT NO.** NPF X, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC Assignment of collateral to NPF Capital, Inc. Jurisd: CA – Los Angeles County File#: 99 2269414 Filed: 12/8/1999 <br> Value: UNKNOWN | | X | X | UNKNOWN | |
| **ACCOUNT NO.** NPF X, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC Assignment of collateral to NPF Capital, Inc. Jurisd: CA – SOS File#: 00004C0489 Filed: 12/30/1999 <br> Value: UNKNOWN | | X | X | UNKNOWN | |
| **ACCOUNT NO.** NPF X, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – SOS File#: 9826760162 Filed: 9/23/1998 <br> Value: UNKNOWN | | X | X | UNKNOWN | |
| **ACCOUNT NO.** NPF X, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – Los Angeles County File#: 98 1737027 Filed: 9/24/1998 <br> Value: UNKNOWN | | X | X | UNKNOWN | |

Sheet no. 4 of 8 sheets attached to Schedule of
Creditors Holding Secured Claims

In re **Pine Grove Hospital Corporation**      Case No. **02-2252**

        Debtor                                             (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR — HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| ACCOUNT NO. <br> NPF X, INC <br> 6125 MEMORIAL DR <br> DUBLIN, OH 43017-9000 | | UCC <br> Assignment of collateral to NPF Capital, Inc. Jurisd: CA – SOS File#: 00004C0492 Filed: 12/30/1999 <br> Value:      UNKNOWN | X X | UNKNOWN | |
| ACCOUNT NO. <br> NPF X, INC <br> 6125 MEMORIAL DR <br> DUBLIN, OH 43017-9000 | | UCC <br> All of Debtor's accounts, accounts receivables, products and proceeds … Jurisd: CA – Los Angeles County File#: 98 1737028 Filed: 9/24/1998 <br> Value:      UNKNOWN | X X | UNKNOWN | |
| ACCOUNT NO. <br> NPF X, INC <br> 6125 MEMORIAL DR <br> DUBLIN, OH 43017-9000 | | UCC <br> Assignment of collateral to NPF Capital, Inc. Jurisd: AZ – SOS File#: 01035115 Filed: 12/6/1999 <br> Value:      UNKNOWN | X X | UNKNOWN | |
| ACCOUNT NO. <br> NPF X, INC <br> 6125 MEMORIAL DR <br> DUBLIN, OH 43017-9000 | | UCC <br> All of Debtor's accounts, accounts receivables, products and proceeds … Jurisd: AZ – SOS File#: 01035115 Filed: 9/25/1998 <br> Value:      UNKNOWN | X X | UNKNOWN | |
| ACCOUNT NO. <br> NPF X, INC <br> 6125 MEMORIAL DR <br> DUBLIN, OH 43017-9000 | | UCC <br> All of Debtor's accounts, accounts receivables, products and proceeds … Jurisd: DE – SOS File#: 21667207 Filed: 6/6/2002 <br> Value:      UNKNOWN | X X | UNKNOWN | |
| ACCOUNT NO. <br> NPF-LL, INC <br> 6125 MEMORIAL DR <br> DUBLIN, OH 43017-9000 | | UCC <br> Equipment Jurisd: AZ – SOS File#: 0106950 Filed: 4/28/1999 <br> Value:      UNKNOWN | X X | UNKNOWN | |

Sheet no. 5 of 8  sheets attached to Schedule of
Creditors Holding Secured Claims

In re **Pine Grove Hospital Corporation**
　　　　　　　　　　Debtor

Case No. _____ **02-2252** _____
　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** NPF-LL, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC Equipment Jurisd: AZ – SOS File#: 0106951 Filed: 4/28/1999 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| **ACCOUNT NO.** NPF-LL, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – SOS File#: 9911960812 Filed: 4/28/1999 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| **ACCOUNT NO.** NPF-LL, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – Los Angeles County File#: 99 0770194 Filed: 4/29/1999 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| **ACCOUNT NO.** NPF-LL, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – Los Angeles County File#: 99 0770195 Filed: 4/29/1999 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| **ACCOUNT NO.** NPF-LL, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC Specific Equipment Jurisd: DE – SOS File#: 9921214 Filed: 4/28/1999 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |
| **ACCOUNT NO.** NPF-LL, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | | UCC Specific Equipment Jurisd: DE – SOS File#: 9921217 Filed: 4/28/1999 | | X | X | UNKNOWN | |
| | | | Value: UNKNOWN | | | | | |

Sheet no. 6 of 8  sheets attached to Schedule of
Creditors Holding Secured Claims

In re **Pine Grove Hospital Corporation** _____ Case No. _____ **02-2252** _____
                              Debtor                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** NPF-LL, INC 6125 MEMORIAL DR DUBLIN, OH 43017-9000 | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – SOS File#: 9911960809 Filed: 4/28/1999 Value:                    UNKNOWN | X | X | | UNKNOWN | |
| **ACCOUNT NO.** PRIORITY MAILING SYSTEMS INC 19750 S Vermont Ave Ste 120 Torrance, CA 90502-1114 | | MONEY LOANED Postage Machine Value:                    UNKNOWN | | | | $13,573.20 | |
| **ACCOUNT NO.** The Chase Manhattan Bank 450 W 33rd St New York, NY 10001-2603 | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – SOS File#: 9826660314 Filed: 9/22/1998 Value:                    UNKNOWN | X | X | | UNKNOWN | |
| **ACCOUNT NO.** The Chase Manhattan Bank 450 W 33rd St New York, NY 10001-2603 | | UCC All of Debtor's accounts, accounts receivables, products and proceeds ... Jurisd: CA – SOS File#: 9826660306 Filed: 9/22/1998 Value:                    UNKNOWN | X | X | | UNKNOWN | |
| **ACCOUNT NO.** The Chase Manhattan Bank 450 W 33rd St New York, NY 10001-2603 | | UCC AMEND Debtor address change Jurisd: AZ – SOS File#: 01034765 Filed: 1/8/1999 Value:                    UNKNOWN | X | X | | UNKNOWN | |
| **ACCOUNT NO.** The Chase Manhattan Bank 450 W 33rd St New York, NY 10001-2603 | | UCC AMEND Debtor address change Jurisd: AZ – SOS File#: 01034763 Filed: 11/10/1998 Value:                    UNKNOWN | X | X | | UNKNOWN | |

Sheet no. 7 of 8  sheets attached to Schedule of
Creditors Holding Secured Claims

In re **Pine Grove Hospital Corporation**      Case No. _____ **02-2252** _____
                 Debtor                                                               (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| WELLS FARGO FINANCIAL LEASING PO Box 10336 Des Moines, IA 50306-0336 | X | MONEY LOANED Toshiba Copier | | | | $108,015.00 | |
| | | Value:          UNKNOWN | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| Wells Fargo Financial Leasing, Inc 4695 Macarthur Ct Ste 350 Newport Beach, CA 92660-8816 | | UCC Specific Electronics Jurisd: CA – SOS File#: 219761382 Filed: 7/15/2002 | X | X | | UNKNOWN | |
| | | Value:          UNKNOWN | | | | | |

Sheet no. 8 of 8  sheets attached to Schedule of
Creditors Holding Secured Claims          Total Unsecured

                                             Total Secured    $153,028.51
(Use only on the last page of the completed Schedule D)        PLUS UNKNOWN

(Report total also on Summary of Schedules)

In re  **Pine Grove Hospital Corporation**                    ,        Case No.  **02-2252**

Debtor

## DECLARATION CONCERNING DEBTOR'S SCHEDULE D

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, Paul Tuft, the Chairman and CEO of Doctors Community Healthcare Corporation and a Director of the Filing Debtor, Pine Grove Hospital Corporation, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of approx. 8 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date        5/12/2003                    Signature   _Paul N Tuft_

Paul Tuft
(print name of individual signing on behalf of debtor)

Director of the Filing Debtor
(indicate position or relationship to debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. sec. 1

## Certificate of Service

I, Holly E. Loiseau, certify that I caused to be served a true and correct copy of the foregoing **NOTICE OF FILING OF SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS (RE – SUBMISSION) FOR PINE GROVE HOSPITAL CORPORATION** via first class mail and/or electronic mail on the parties/counsel listed on the attached service list on May 27, 2003.

_____
Holly E. Loiseau

## PAPER SERVICE LIST
### (by first class mail and email)

| Name and Street Address | Email Address, if any |
|---|---|
| Any and all of the Debtors<br>c/o Doctors Community Healthcare Corporation<br>6730 North Scottsdale Road<br>Suite 290<br>Scottsdale, Arizona 85253 | pleadings@doctorscommunity.com |
| Deryck A. Palmer, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Counsel for the Debtors) | deryck.palmer@weil.com |
| Andrew M. Troop, Esq.<br>Weil, Gotshal & Manges LLP<br>101 Federal Street<br>Boston, MA 021 10<br>(Counsel for Debtors) | andrew.troop@weil.com |
| Peter D. Isakoff, Esq.<br>Holly E. Loiseau, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street N.W. Suite 100<br>Washington, D.C. 20005<br>(Counsel for the Debtors) | peter.isakoff@weil.com<br><br>holly.loiseau@weil.com |
| B. Amon James, Esq.<br>Office of the United States Trustee<br>115 South Union St., Plaza Level<br>Suite 210<br>Alexandria, Virginia 22314 | B.Amon.James@usdoj.gov |
| Kevyn D. Orr, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>(Counsel for National Century Financial Enterprises, Inc) | korr@jonesday.com |

Ken Kansa, Esq.                                    kkansa@sidlev.com
Bank One Plaza
Sidley, Austin, Brown & Wood LLP
10 South Dearborn Street
Chicago, Illinois 60603
(Counsel for Medline Industries, Inc.)


Guy S. Neal, Esq.                                  gneal@sidley.com
Natalie Kuehn, Esq.
Sidley, Austin, Brown & Wood LLP                   nkuehn@sidley.com
1501 K Street, N.W. Suite 600
Washington, D.C. 20005
(Counsel for Medline Industries, Inc.)


Michael L. Bernstein, Esq.                         michael_bernstein@aporter.com
Charles A. Malloy, Esq.
Arnold & Porter                                    charles_malloy@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
(Counsel for Health Care Reit, Inc.)


David Fisher, Esq.                                 David.Fisher@dc.gov
Corporation Counsel, D.C.
441 4th Street, N.W. 6th Floor North
Washington, D.C. 20001
(Counsel for the District of Columbia)


Sam J. Alberts, Esq.                               salberts@akingump.com
Jonathan Gold, Esq.
Akin, Gump, Strauss, Hauer, & Feld                 jgold@akingump.com
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20001
(Counsel for the Joint Committee of
Unsecured Creditors)


Michael Goodstein, Esq.                            michael.goodstein@arterhadden
Arter & Hadden
1801 K Street N.W. Suite 3001
Washington, D.C. 20006
(Counsel for Provident)

## ELECTRONIC SERVICE LIST
### (by email only)

Donald A. Workman, Esq.                           dworkman@foleylaw.com
Roderick B. Williams, Esq.
Foley & Lardner                                   rwilliams@foleylaw.com
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109


Neil Demchick                                     ndemchick@navigantconsulting.com
Navigant Consulting
2 North Charles Street, -
Baltimore, Maryland 21201.


Mitchell B. Weitzman, Esq.                        Mweitzman@beankinney.com
Bean, Kinney & Korman, P.C.
2000 North 14th Street Suite 100
Arlington, Virginia 22201


Christy Hoffman, Esq.                             choffman@jamhoff.com
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036


Kermit A. Rosenberg, Esq.                         krosenberg@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604


Haig Maghakian, Esq.                              hmaghakian@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017


William Douglas White                             wdw@mcarthywhite.com
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102


DC1:\144509\01\33$501!.DOC\41776.0003                    3

Craig B. Young, Esq.                        cby@cblhlaw.com
C. Todd Marks, Esq.                         ctm@cblhlaw.com
Connolly Bove Lodge & Hutz, LLP
1990 M Street, N.W.
Suite 800
Washington, D.C. 20036

Margarita Ginzburg, Esq.                    mginzburg@kayescholer.com
Lester M. Kirshenbaum, Esq.                 lkirshenbaum@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Charles R. Bennett, Jr., Esq.               crb@hanify.com
Hanify & King,
Professional Corporation
One Beacon Street
Boston, MA 02108-3107

Conrad K. Chiu, Esq.                        cchiu@pitneyhardin.com
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

Lori L. Purkey, Esq.                        purkey@millercanfield.com
Miller, Canfield, Paddock and Stone P.L.C.
444 West Michigan Avenue
Kalamazoo, MI 49007

Terry E. Hall, Esq.                         tehall@bakerd.com
Baker & Daniels
300 North Meridian Street Suite 2700
Indianapolis, IN 46204

Steven Scow, Esq.                           sscow@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1925

Daniel D. Doyle, Esq.                       ddoyle@spencerfane.com
Spencer Fane Britt & Browne LLP
120 South Central Avenue 5th Floor
St. Louis, Missouri 63105

John Cunningham, Esq.                                    jcunningham@whitecase.com
White & Case LLP
200 South Biscayne Blvd
Suite 4900
Miami, FL 33131

Rochelle A. Herzog                                       rah@beverlyhillslaw.com
Zimmerman, Rosenfeld, Gersh & Leeds LLP
9107 Wilshire Boulevard Suite 300
Beverly Hills, CA 90210-5528